— O —

*In re* ROBERTO PALOU BOSCH.

Número: CP-95-10     *Resuelto*: 27 de agosto de 1999

*Edmeé Vincenty*, abogada de la parte apelante; *Carlos Lugo Fiol, Procurador General*, e *Ivonne Casanova Pelosi, Procuradora General Auxiliar*, abogados de El Pueblo.

SALA ESPECIAL DE VERANO integrada por su Presidenta, la Juez Asociada Señora Naveira de Rodón, y los Jueces Asociados Señores Hernández Denton y Corrada Del Río.

## RESOLUCIÓN

A la moción del peticionario en la que solicita su reinstalación al ejercicio de la abogacía, *se accede a ella.*

Lo acrodó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

(*Fdo.*) Carmen E. Cruz Rivera
*Subsecretaria del Tribunal Supremo*